UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELENA VIRLAN TSANEV,<br><br>    Plaintiff,<br> v.<br><br>MIROSLAV MARINOV TSANEV and VIKTOR PEYKOV,<br><br>    Defendants. | CASE NO. 2:21-cv-01667-TL<br><br>ORDER |

  This matter comes before the Court on the Parties' February 14, 2022 stipulation (Dkt. No. 20) regarding Plaintiff's motion for judgment on the pleadings as to affirmative defenses (Dkt. No. 15). In the Stipulation, the Parties stipulate to the withdrawal of Defendant Miroslav Marinov Tsanev's affirmative defenses, as set forth in his Answer. Dkt. No. 11. Plaintiff also seeks to withdraw her motion for judgment on the pleadings and strike the matter for consideration. Dkt. No. 15.

  Based on the Stipulation and the relevant record, it is hereby:

ORDER - 1

ORDERED that Plaintiff's motion for judgment on the pleadings (Dkt. No. 15) is STRICKEN.

IT IS SO ORDERED.

Dated this 15th day of February 2022.

Tana Lin
United States District Judge

ORDER - 2