UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELENA VIRLAN TSANEV,<br><br>                Plaintiff,<br><br>     v.<br><br>MIROSLAV MARINOV TSANEV, *et al.*,<br><br>                Defendant. | Case No. C21-1667-MLP<br><br>ORDER |

On March 17, 2022, the parties' filed a joint status report ("JSR") indicating that this matter would be appropriate for consideration under the Individualized Trial Program pursuant to Local Civil Rule 39.2. (Dkt. # 23 at 5.) The parties' JSR notes that discovery will remain limited and exclusively focused on the issues of what financial benefit Defendant Miroslav Tsanev provided to Plaintiff Elena Tsanev and what income Plaintiff has earned since becoming a resident of the United States. (*Id.* at 4.) The parties agree to complete discovery by May 22, 2022, and alternatively propose that this matter be heard as a one-day bench trial on July 11, 2022. (*Id.* at 4-5.)

Based on the parties' representations in their JSR, this Court GRANTS the parties' request for an individualized trial and to have this matter considered under LCR 39.2.

ORDER - 1

Accordingly, pursuant to LCR 39.2(a), the parties are ORDERED to file an "Agreement for Individualized Trial" by **April 1, 2022.**[1] Upon the filing of the agreement, Plaintiff shall contact the Court's Courtroom Deputy Tim Farrell to request an initial individualized trial conference.

Dated this 22nd day of March, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

---

[1] The "Individualized Trial Agreement" form is available from the Clerk's Office and on the Court's website: https://www.wawd.uscourts.gov/court-forms (last visited March 22, 2022).

ORDER - 2